| | |
|---|---|
| Name, Address, Telephone No. & I.D. No.<br>Ja Vonne M. Phillips, Esq. SBN 187474<br>Christelle N. Ramseyer, Esq. SBN 265571<br>**McCarthy & Holthus, LLP**<br>1770 Fourth Avenue<br>San Diego, CA 92101<br>Phone (619) 685-4800<br>Fax (619) 685-4810 | Order Entered on<br>June 07, 2010<br>by Clerk U.S. Bankruptcy Court<br>Southern District of California |
| **UNITED STATES BANKRUPTCY COURT**<br>SOUTHERN DISTRICT OF CALIFORNIA<br>325 West "F" Street, San Diego, California 92101-5991 | |
| In Re<br>   Laura Berenice Flores,<br>                                             Debtor. | BANKRUPTCY NO. 10-00966-PB13 |
| Arch Bay Holdings, LLC-Series 2008B, its assignees and/or successors, and the servicing agent, Marix Servicing LLC<br>                                     Moving Party | RS NO.    CNR-1 |
| Laura Berenice Flores, Debtor; and David L. Skelton, Chapter 13 Trustee; and Green Tree, Junior Lien,<br>                                     Respondents | CHAPTER NO. 13 |

## ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY
☒ REAL PROPERTY ☐ PERSONAL PROPERTY

      IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through 4 with exhibits, if any, for a total of 4 pages, is granted. Motion/Application Docket Entry 22.

//
//
//
//
//
//
//

DATED: June 05, 2010

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.
Submitted by:

McCarthy & Holthus, LLP

By:  /s/ Christelle N. Ramseyer, Esq.
      Attorney for ☒ Movant ☐ Respondent

Judge, United States Bankruptcy Court

CSD 1162

The Motion of Arch Bay Holdings, LLC-Series 2008B, its assignees and/or successors, and the servicing agent, Marix Servicing LLC ("Movant"), for relief from the automatic stay having been filed with the above-entitled court on 5/06/2010, and

The Notice of Filing of a Motion for Relief from Automatic Stay (a file-stamped copy of which is attached hereto as Exhibit A OR Notice Docket Entry No. 23, if filed electronically), the Motion, and accompanying Declarations having been served upon the parties named below on 5/06/2010, and

☒ Debtor *(Name)*: Laura Berenice Flores

☒ Debtor's Attorney *(Name)*: Roger Stacy

☒ Trustee *(Name)*: David L. Skelton

☐ United States Trustee (in Chapter 11 & 12 cases), and

☒ Others, if any *(Name)*:  
JUNIOR LIEN HOLDERS  
Green Tree  
PO Box 6172  
Rapid City, SD 57709

SPECIAL NOTICE  
San Diego County Treasurer Tax Collector     Marix Servicing, LLC  
1600 Pacific Highway Room 162                1925 West Pinnacle Peak Road  
San Diego, CA 92101                          Pheonix, AZ 85027

HSBC Auto Finance                            AmeriCredit Financial Services, Inc.  
c/o Joe M Lozano, Jr                         P.O. Box 183853  
Vander Linden & Wernick P C                  Arlington, TX 76096  
9441 LBJ Freeway Ste 350  
Dallas, TX 75243

No objection or Request for Hearing having been filed by or on behalf of the Debtor, IT IS HEREBY ORDERED as follows:

The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated for all purposes as to Movant in connection with the estate's and the debtor's interest in

1. ☒ The following real property:

    a. Street address of the Property including county and state:

    13125 Lamplite Lane, Lakeside, CA 92040

    San Diego County

    b. Legal description is ☒ attached as Exhibit A or ☐ described below:

2. ☐ The following personal property as described ☐ below or ☐ in Exhibit B attached:

CSD 1162

*Signed by Judge Peter W. Bowie June 05,2010*

```
CSD 1162 [08/22/03] (Page 3)          Case 10-00966-PB13    Filed 06/05/10    Doc 25    Pg. 3 of 4
ORDER ON NON CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL OR PERSONAL PROPERTY
DEBTOR: Laura Berenice Flores,                                    CASE NO.: 10-00966-PB13
                                                                  RS NO.: CNR-1
```

IT IS FURTHER ORDERED that *(Optional)*: **The fourteen day stay described in Bankruptcy Rule 4001(a)(3) is waived.**

The Moving Party, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law.  The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement.  Any such agreement shall be non-recourse unless included in a reaffirmation agreement

```
CSD 1162 [08/22/03] (Page 3)          Case 10-00966-PB13    Filed 06/05/10    Doc 25    Pg. 3 of 4
ORDER ON NON CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL OR PERSONAL PROPERTY
DEBTOR: Laura Berenice Flores,                                    CASE NO.: 10-00966-PB13
                                                                  RS NO.: CNR-1
```

CSD 1162

*Signed by Judge Peter W. Bowie June 05,2010*

CSD 1162 [08/22/03]

EXHIBIT A

PARCEL A:

PARCEL 1 IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, AS SHOWN AT PAGE 12064 OF PARCELS MAPS, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, APRIL 15, 1982.

PARCEL B:

AN EASEMENT AND RIGHT OF WAY FOR INGRESS AND EGRESS FOR ROAD AND UTILITY PURPOSES AND APPURTENANCES THERETO OVER, UNDER, ALONG AND ACROSS THAT PORTION OF PARCEL 2, IN THE COUNTY OF SAN DIEGO, OCTOBER 16, 1980, WHICH ARE DESIGNATED AND DELINEATED AT SAID PAGE 10594 OF PARCEL MAPS AS "PROPOSED PRIVATE ROAD EASEMENT".

CSD 1162